UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MIGUEL ANGEL NEGRON,

    Plaintiff,

    v.

V. WHITE, et al.,

    Defendants.

Case No. 21-cv-01070-SI

**ORDER OF TRANSFER**

Plaintiff, an inmate at the Deuel Vocational Institution in Tracy, filed this *pro se* civil rights action under 42 U.S.C. § 1983, complaining of acts and omissions at that prison, which is located in San Joaquin County, and at the California State Prison – Solano, which is located in Solano County. Both of those counties are within the venue of the Eastern District of California. The defendants work at those prisons and apparently reside in the Eastern District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint are alleged to have occurred in, the Northern District. Venue therefore would be proper in the Eastern District, and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter.

**IT IS SO ORDERED**.

Dated: February 17, 2021

_____
SUSAN ILLSTON
United States District Judge